# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Case No. 1:18-cr-67 |
| v. | ) | |
| | ) | Judge Travis R. McDonough |
| GARY DEWAYNE CROSS | ) | |
| | ) | Magistrate Judge Susan K. Lee |
| | ) | |

## ORDER

United States Magistrate Judge Susan K. Lee filed a report and recommendation recommending that the Court: (1) accept Defendant's plea of guilty to Count Two of the two-count Superseding Bill of Information; (2) adjudicate Defendant guilty of the charges set forth in Count Two of the Superseding Bill of Information; (3) defer a decision on whether to accept the revised plea agreement until sentencing; and (4) allow Defendant to remain on bond under appropriate conditions of release pending sentencing in this matter (Doc. 42). Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Lee's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. INSERT) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's plea of guilty to Count Two of the Superseding Bill of Information is **ACCEPTED**;

2. Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count Two of the Superseding Bill of Information;

3. A decision on whether to accept the revised plea agreement is **DEFERRED** until sentencing; and

4. Defendant **SHALL REMAIN** on bond under appropriate conditions of release pending sentencing in this matter which is scheduled to take place on **July 12, 2019,** at **9:00 a.m.** before the undersigned.

   **SO ORDERED.**

   /s/*Travis R. McDonough*
   **TRAVIS R. MCDONOUGH**
   **UNITED STATES DISTRICT JUDGE**